UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY MORSCHECK,<br><br>                    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>                    Defendant. | CASE NO. C18-0231JLR<br><br>ORDER GRANTING<br>STIPULATED MOTION TO FILE<br>AN AMENDED ANSWER |

Before the court is the parties' stipulated motion to permit Defendant State Farm

Mutual Automobile Insurance Company ("State Farm") to file an amended answer

pursuant to Federal Rule of Civil Procedure 15(a)(2). (Stip. Mot. (Dkt. # 10).) The court

hereby GRANTS the stipulated motion and ORDERS State Farm to file its proposed

//

//

//

ORDER - 1

amended answer (Dkt. # 10-1) within five (5) days of the date of this order.

Dated this 17th day of September, 2018.

JAMES L. ROBART
United States District Judge